# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| Ernest Taylor <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> The City of Baton Rouge; D. Dewayne White; Carl Dabadie, Jr.; Mary E. Roper; Lisa Freeman; Patrick Wennemann; James Thomas, and Jane Doe; all in their individual and official capacities <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 3:13-CV-579-BAJ-RLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The City of Baton Rouge
Through its agent for service of process
Mayor Kip Holden
222 St. Louis Street
3rd Floor, City Hall
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chris Glisson
Terrence J. Donahue, Jr.
McGlynn Glisson & Mouton
340 Florida Street
Baton Rouge, LA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*



Date: September 05, 2013

*Cheletta G. Plummer*

*Signature of Clerk or Deputy Clerk*

Civil Action No.  3:13-CV-5793

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                      *Server's signature*

                                 _____
                                      *Printed name and title*


                                 _____
                                      *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | | |
|---|---|---|
| Ernest Taylor | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:13-CV-579-BAJ-RLB |
| | ) | |
| The CIty of Baton Rouge; D. Dewayne White; Carl | ) | |
| Dabadie, Jr.; Mary E. Roper; Lisa Freeman; Patrick | ) | |
| Wennemann; James Thomas, and Jane Doe; all in | ) | |
| their individual and official capacities | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  D. Dewayne White
Former Chief of Baton Rouge City Police
Through its agent for service of process
Mayor Kip Holden
222 St. Louis Street
3rd Floor, City Hall
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Chris Glisson
Terrence J. Donahue, Jr.
McGlynn Glisson & Mouton
340 Florida Street
Baton Rouge, LA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*



Date: _ **September 05, 2013**

*Chebetta G. Plummer*

*Signature of Clerk or Deputy Clerk*

Civil Action No.  3:13-CV-5793

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                        *Server's signature*

                                 _____
                                        *Printed name and title*


                                 _____
                                        *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| Ernest Taylor <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> The City of Baton Rouge; D. Dewayne White; Carl Dabadie, Jr.; Mary E. Roper; Lisa Freeman; Patrick Wennemann; James Thomas, and Jane Doe; all in their individual and official capacities <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:13-CV-579-BAJ-RLB <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carl Dabadie, Jr.
Current Chief of Baton Rouge City Police
Through his agent for service of process
Mayor Kip Holden
222 St. Louis Street
3rd Floor, City Hall
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Chris Glisson
Terrence J. Donahue, Jr.
McGlynn Glisson & Mouton
340 Florida Street
Baton Rouge, LA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*



Date: **September 05, 2013**

*Cheletta S. Plummer*

*Signature of Clerk or Deputy Clerk*

Civil Action No.  3:13-CV-5793

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| Ernest Taylor <br><br> *Plaintiff(s)* <br><br> v. <br><br> The City of Baton Rouge; D. Dewayne White; Carl Dabadie, Jr.; Mary E. Roper; Lisa Freeman; Patrick Wennemann; James Thomas, and Jane Doe; all in their individual and official capacities <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  3:13-CV-579-BAJ-RLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mary E. Roper
East Baton Rouge Parish Attorney
Through her agent for service of process
Mayor Kip Holden
222 St. Louis Street
3rd Floor, City Hall
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chris Glisson
Terrence J. Donahue, Jr.
McGlynn Glisson & Mouton
340 Florida Street
Baton Rouge, LA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*



Date:  **September 05, 2013**

*Cheletta S. Plummer*

*Signature of Clerk or Deputy Clerk*

Civil Action No.  3:13-CV-5793

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| Ernest Taylor <br><br><br>_____ <br>*Plaintiff(s)* <br>v. <br>The City of Baton Rouge; D. Dewayne White; Carl Dabadie, Jr.; Mary E. Roper; Lisa Freeman; Patrick Wennemann; James Thomas, and Jane Doe; all in their individual and official capacities <br>_____ <br>*Defendant(s)* | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

Civil Action No. 3:13-CV-579-BAJ-RLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lisa Freeman
Baton Rouge City Prosecutor
Through her agent for service of process
Mayor Kip Holden
222 St. Louis Street
3rd Floor, City Hall
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chris Glisson
Terrence J. Donahue, Jr.
McGlynn Glisson & Mouton
340 Florida Street
Baton Rouge, LA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio
*CLERK OF COURT*

*Cheletta S. Plummer*
_____
*Signature of Clerk or Deputy Clerk*

Date: **September 05, 2013**

Civil Action No. 3:13-CV-5793

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| Ernest Taylor | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| The City of Baton Rouge; D. Dewayne White; Carl Dabadie, Jr.; Mary E. Roper; Lisa Freeman; Patrick Wennemann; James Thomas, and Jane Doe; all in their individual and official capacities | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:13-CV-579-BAJ-RLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Officer Patrick Wennemann
Through Baton Rouge City Police Department
704 Mayflower Street
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chris Glisson
Terrence J. Donahue, Jr.
McGlynn Glisson & Mouton
340 Florida Street
Baton Rouge, LA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*



*Cheletta S. Plummer*

*Signature of Clerk or Deputy Clerk*

Date: **September 05, 2013**

Civil Action No.  3:13-CV-5793

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____                        _____
                                                          *Server's signature*

                                              _____
                                                          *Printed name and title*


                                              _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| Ernest Taylor<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>The CIty of Baton Rouge; D. Dewayne White; Carl Dabadie, Jr.; Mary E. Roper; Lisa Freeman; Patrick Wennemann; James Thomas, and Jane Doe; all in their individual and official capacities<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  3:13-CV-579-BAJ-RLB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer James Thomas
Through Baton Rouge City Police Department
704 Mayflower Street
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chris Glisson
Terrence J. Donahue, Jr.
McGlynn Glisson & Mouton
340 Florida Street
Baton Rouge, LA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*



Date: **September 05, 2013**

*Cheletta A. Plummer*

*Signature of Clerk or Deputy Clerk*

Civil Action No.  3:13-CV-5793

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

|  |  |
|---|---|
| Ernest Taylor | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
|  | ) |
| The CIty of Baton Rouge; D. Dewayne White; Carl Dabadie, Jr.; Mary E. Roper; Lisa Freeman; Patrick Wennemann; James Thomas, and Jane Doe; all in their individual and official capacities | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 3:13-CV-579-BAJ-RLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Jane Doe
Through Baton Rouge City Police Department
704 Mayflower Street
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chris Glisson
Terrence J. Donahue, Jr.
McGlynn Glisson & Mouton
340 Florida Street
Baton Rouge, LA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*



*Cheletta S. Plummer*

*Signature of Clerk or Deputy Clerk*

Date: **September 05, 2013**

Civil Action No.  3:13-CV-5793

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: