UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| Plaintiff, | § § § | |
| VS. | § § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 13-579-BAJ-RLB |
| Defendants. | § § | |

## **ORDER**

Considering the joint Motion to Continue Scheduling Conference (rec. doc. 5),

IT IS ORDERED that the motion to continue scheduling conference (rec. doc. 5) is GRANTED. The Scheduling Conference currently set for December 19, 2013 is continued and RESET for **February 6, 2014 at 11:30 a.m.** In addition, the deadline for filing the joint status report is RESET to **January 23, 2014**.

Signed in Baton Rouge, Louisiana, on December 12, 2013.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**