UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNEST TAYLOR | CIVIL ACTION |
| VERSUS | NO. 13-579-BAJ-RLB |
| THE CITY OF BATON ROUGE, ET AL | |

**ORDER**

This matter is before the Court on a notice setting a scheduling conference for March 6, 2014 at 11:30 a.m. which was canceled by request of the parties and a scheduling order issued this date. This matter was filed on September 3, 2013 and as of the date of this order, there has been no return of service on Defendant D. Dewayne White. Plaintiff states in the joint status report filed on March 5, 2014 (R. Doc. 9) that "...service has not been made upon defendant D. Dewayne White"...and..." plaintiff will continue his attempts to bring defendant White within the jurisdiction of the Court." There's been no return of service on Defendant D. Dewayne White and it has been more than 120 days since the filing of this matter; therefore;

IT IS ORDERED that on or before **March 21, 2014,** plaintiff shall show cause, **in writing**, why the claim against Defendant D. Dewayne White should not be dismissed under Local Rule 41.2.A for failure to prosecute where no service of process has been made within 120 days after filing of the complaint. If plaintiff believes there is good cause for this failure, a "Motion for Extension of time to Serve Defendant" should be filed by **March 21, 2014**. Such motion should include whatever good cause exists for the failure set forth above. Failure to

comply with this order may result in the plaintiff's complaint being dismissed as to Defendant D. Dewayne White with or without further notice.

Signed in Baton Rouge, Louisiana, on March 6, 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**