**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ERNEST TAYLOR**                                       **CIVIL ACTION**

**VERSUS**                                              **NUMBER 13-579-BAJ-RLB**

**THE CITY OF BATON ROUGE, ET AL**

**ORDER**

This lawsuit was filed on September 3, 2013 (R. Doc. 1). This matter was originally set for a scheduling conference on December 19, 2013, reset upon Plaintiff's motion and then reset to March 6, 2014 upon notice by the court. In the joint status report filed on March 5, 2014 (R. Doc. 9), Plaintiff stated that "Currently, service has not been made upon defendant D. Dewayne White...." "Plaintiff will continue his attempts to bring defendant White within the jurisdiction of the Court." The court issued its Scheduling Order on March 6, 2014 (R. Doc. 10). Plaintiff was ordered to show cause, in writing, on or before March 21, 2014, why the claim against Defendant D. Dewayne White should not be dismissed under Local Rule 41.2.A for failure to prosecute where no service of process has been made within 120 days after filing of the complaint. The order further stated that "If plaintiff believes there is good cause for this failure, a 'Motion for Extension of time to Serve Defendant' should be filed by March 21, 2014. Such motion should include whatever good cause exists for the failure set forth above. Failure to comply with this order may result in the plaintiff's complaint being dismissed as to Defendant D. Dewayne White with or without further notice." Plaintiff disregarded this court's order and did neither.

As of the date of this order, plaintiff has not filed any proof of service or provided any showing as to why the claim against Defendant D. Dewayne White should not be dismissed. Therefore,

**IT IS ORDERED** that Plaintiff's counsel, **Terrence J. Donahue, Jr.,** shall personally appear before the undersigned Magistrate Judge at the Russell B. Long Federal Building and Courthouse, 777 Florida Street, Courtroom No. 6 in Baton Rouge, Louisiana, on **April 10, 2014 at 9:30 a.m.** and **SHOW CAUSE** why the claim against the unserved Defendant D. Dewayne White should not be dismissed for failure to prosecute <u>and</u> why appropriate sanctions should not be imposed for plaintiff's failure to show cause in writing why the claim against Defendant D. Dewayne White should not be dismissed as previously ordered.

Signed in Baton Rouge, Louisiana, on March 27, 2014.

_____
    **RICHARD L. BOURGEOIS, JR.**
    **UNITED STATES MAGISTRATE JUDGE**