IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| ERNEST TAYLOR | § | CIVIL ACTION |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 13-579-BAJ-RLB |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT D. DeWAYNE WHITE**

**TO THE HONORABLE MAGISTRATE JUDGE:**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Ernest Taylor who respectfully notifies this Court pursuant to Fed. R. Civ. P. 41(a) of the voluntary dismissal of defendant D. DeWayne White from this action, without prejudice, and further states as follows:

1. Plaintiff filed this action on September 3, 2013 against numerous defendants including former Baton Rouge Chief of Police D. DeWayne White ("White"). [Doc. 1].

2. On October 22, 2013, Mr. James L. Hilburn of the East Baton Rouge Parish Attorney's Office waived service on behalf of all Defendants except White. [Doc. 3].

3. After receiving notification of the waiver of service by the East Baton Rouge Parish Attorney's Office, undersigned counsel and Mr. Hilburn engaged in numerous conversations regarding various issues in this case, including the potential representation of White by the Parish Attorney.

4. In February or early March of 2014, Mr. Hilburn informed undersigned counsel that he no longer was serving as an Assistant Parish Attorney, and that this case would be

1

handled by Mr. Tedrick Knightshead, another Assistant Parish Attorney, going forward.

5. Undersigned counsel for Plaintiff has attempted on numerous occasions to contact Mr. Knightshead regarding this case, and in particular, to determine whether the Parish Attorney's office intends to defend the claims against White and either waive or accept service on his behalf. To date, no response to these attempts has been received.

6. As White's whereabouts are currently unknown, and as it is believed that he is no longer residing in Baton Rouge, service of Plaintiff's Complaint on this defendant is not feasible.

7. White has not answered Plaintiff's complaint or made any filings with this Court, and voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(1)(A)(i) is therefore appropriate.

**WHEREFORE**, Plaintiff Ernest Taylor prays that the Court accepts this Notice, and dismisses defendant D. DeWayne White from this action without prejudice.

Respectfully submitted,

s/ Terrence J. Donahue, Jr.
**TERRENCE J. DONAHUE, JR.**
McGlynn, Glisson, & Mouton
340 Florida Street
Baton Rouge, Louisiana 70802-1909
(225) 344-3555
Bar Roll No.: 32126

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record through a Notice of Electronic Filing generated by the Court's CM/ECF system. A copy was also sent via U.S. Mail, First Class, to:

Office of the Parish Attorney

East Baton Rouge Parish
**Attn: Mr. Tedrick Knightshead**
222 Saint Louis Street, Room 902
Baton Rouge, LA 70821

on this, the 9th day of April, 2014.

<u>s/ Terrence J. Donahue, Jr.</u>
Terrence J. Donahue, Jr.