# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNEST TAYLOR | CIVIL ACTION |
| VERSUS | NUMBER 13-579-BAJ-RLB |
| THE CITY OF BATON ROUGE, ET AL | |

## ORDER

Considering Plaintiff's Notice of Voluntary Dismissal of Defendant D. DeWayne White filed on April 9, 2014 (R. Doc. 13),

**IT IS ORDERED** that the show cause hearing set for April 10, 2014 at 9:30 a.m. is hereby CANCELLED.

Signed in Baton Rouge, Louisiana, on April 10, 2014.

　

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**