UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR     CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL.     NO.: 13-00579-BAJ-RLB

### ORDER

IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal of Defendant D. DeWayne White (Doc. 13) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Ernest Taylor's claims against Defendant D. DeWayne White *only* are DISMISSED, without prejudice.

Baton Rouge, Louisiana, this 15th day of April, 2014.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA