# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                      CIVIL ACTION 13-0579-BAJ-RLB

VERSUS

THE CITY OF BATON ROUGE, ET AL

### ORDER

The Waiver of Service having been sent to defendants, City of Baton Rouge, Mary Roper, Carl Dabadie, Jr., Lisa Freeman, Patrick Wenneman, and James Thomas on 09/09/2013, and no answer having been filed.

IT IS ORDERED that the request for entry of default filed by Ernest Taylor is hereby GRANTED.

Baton Rouge, Louisiana, April 16, 2013

                                                      Donna G. Gregory
                                                      Clerk of Court

                                          By: *Cheletta G. Plummer*
                                                    Deputy Clerk of Court

CC: City of Baton Rouge
     Mary Roper
     Carl Dabadie Jr.
     Lisa Freeman
     Patrick Wenneman
     James Thomas