UNITED STATES DISTRICT COURT

MIDDLE DISTRICT LOUISIANA

ERNEST TAYLOR

VERSUS

THE CITY OF BATON ROUGE, ET AL

CIVIL ACTION

NO. 3:13-CV-579-BAJ-RLB

## MOTION AND ORDER TO ENROLL AS
## COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel come defendants, City of Baton Rouge, former Baton Rouge Chief of Police Donald Dewayne White, current Chief of Police Carl Dabadie, Jr., East Baton Rouge Parish Attorney, Mary Roper, Baton Rouge City Prosecutor, Lisa Freeman, Baton Rouge Police Officer Patrick Wennemann, Baton Rouge Police Officer James Thomas, and female Baton Rouge Police Officer, referred to as Jane Doe, who move this Court to allow Tedrick K. Knightshead to be enrolled as counsel of record for defendants, City of Baton Rouge, former Baton Rouge Chief of Police Donald Dewayne White, current Chief of Police Carl Dabadie, Jr., East Baton Rouge Parish Attorney, Mary Roper, Baton Rouge City Prosecutor, Lisa Freeman, Baton Rouge Police Officer Patrick Wennemann, Baton Rouge Police Officer James Thomas, and female Baton

Rouge Police Officer, referred to as Jane Doe, in this matter.

**BY ATTORNEYS:**

**Mary E. Roper**
**Parish Attorney**

**/s/ James L. Hilburn**
**James L. Hilburn (#20221)**
**Senior Special Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**Telephone: (225) 389-8730**
**Facsimile:   (225) 389-8736**


**/s/ Tedrick K. Knightshead**
**Tedrick K. Knightshead (#28851)**
**Special Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**Telephone: (225) 389-8730**
**Facsimile:   (225) 389-8736**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT LOUISIANA

ERNEST TAYLOR

VERSUS

THE CITY OF BATON ROUGE, ET AL

CIVIL ACTION

NO. 3:13-CV-579-BAJ-RLB

# ORDER

Considering the foregoing Motion to Enroll as Counsel;

**IT IS ORDERED** that the name of Tedrick K. Knightshead be entered into the record of this Court as counsel for defendants, City of Baton Rouge, former Baton Rouge Chief of Police Donald Dewayne White, current Chief of Police Carl Dabadie, Jr., East Baton Rouge Parish Attorney, Mary Roper, Baton Rouge City Prosecutor, Lisa Freeman, Baton Rouge Police Officer Patrick Wennemann, Baton Rouge Police Officer James Thomas, and female Baton Rouge Police Officer, referred to as Jane Doe, in the above entitled and numbered cause.

Baton Rouge, Louisiana, this _____ day of _____, 2014.

_____
**HON. BRIAN A. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE

I hereby certify that a copy of the foregoing Motion to Enroll as Counsel was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to Mr. Terrance Donahue, Jr. by operation of the Court's electronic filing system.

          __/s/ James L. Hilburn__
          **James L. Hilburn**