**ERNEST TAYLOR**

                                 **CIVIL ACTION**

**VERSUS**

                              **NO.  13-579-BAJ-RLB**

**THE CITY OF BATON ROUGE, ET AL**

# MEMO IN SUPPORT OF FRCP RULE 55(C) MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

**MAY IT PLEASE THE COURT:**.

## PRELIMINARY STATEMENT

Defendants, the City of Baton Rouge, Mary Roper, Carl Dabadie, Lisa Freeman, PatrickWennean and James Thomas were all named in a suit stemming from the arrest of Ernest Taylor.

On October 22, 2013, James L. Hilburn, of the East Baton Rouge Parish Attorney's office waived service on behalf of the defendants.  That Mr. Hilburn subsequently retired and the matter was not assigned to counsel.

On April 16, 2014, plaintiff, filed a Motion for Preliminary Default, based on the premise that defendants had failed to file an answer to the suit.  Defendants subsequently filed an answer on April 17, 2014.

Defendants, the City of Baton Rouge, Mary Roper, Carl Dabadie, Lisa Freeman,

PatrickWennean and James Thomas, move this Honorable Court for an order to set aside the Clerk's Entry of Default pursuant to FRCP Rule 55 (c) on the basis that the parties took prompt action to correct the default, the existence of a meritorious defense, the absence of prejudice, that the entry of default would produce a harsh or unfair result, and other reasons establishing good cause therefor.

## LAW AND ARGUMENT

Pursuant FRCP Rule 55(c), the court may set aside the clerk's entry of default for "good cause."

In the case at hand, Taylor's claim is a §1983 action with uncertain damages. As such, before the court could evaluate the proper amount of damages it would need to "conduct hearings or make referrals," or "investigate any other matter" as it saw fit. FRCP Rule 55(b)(2).

Further, defaults are "generally disfavored in the law and thus should not be granted on the claim, without more, that the defendant had filed to meet a procedural time requirement." *Lacy v. Sitel Corp.*, 227 F.3d 290, 292 (5th Cir. 2000).

In light of the moving defendants prompt filing of an Answer to plaintiff's complaints, the current state of the litigation, the existence of a meritorious defense, the lack of prejudice to plaintiff, and that a default judgment would produce a harsh or unfair result, this motion to set aside the clerk's entry of default should be granted.

WHEREFORE, defendants, the City of Baton Rouge, Mary Roper, Carl Dabadie, Lisa Freeman, PatrickWennean and James Thomas , pray that the premises considered, this FRCP Rule 55(c) Motion to Set Aside Clerk's Entry of Default be granted, the entry of the preliminary default be set aside and vacated and, after due proceedings are had, plaintiff's suit be dismissed at plaintiff's cost.

BY ATTORNEYS:

**Mary E. Roper**
**Parish Attorney**

**/s/ Tedrick Knightshead**
**Tedrick K. Knightshead (#20221)**
**Special Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA  70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**

**CIVIL ACTION**

**NO.   13-579-BAJ-RLB**

## CERTIFICATE

I hereby certify that a copy of the foregoing FRCP Rule 55(c) Motion to Set Aside Clerk's Entry of Default was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.   Notice of this filing will be sent to Ms. Tara Johnston, **CRAWFORD LEWIS, PLLC**, Post Office Box 3656, Baton Rouge, Louisiana 70821,  by operation of the Court's electronic filing system.  Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this **22ᵗʰ** day of **April**, 2014.

**/s/ Tedrick K. Knightshead**
**Tedrick K. Knightshead**