UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR    CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL.    NO.: 13-00579-BAJ-RLB

## ORDER SETTING HEARING

**IT IS ORDERED** that the following motions shall be heard with oral argument on **Wednesday, June 18, 2014 at 10:30 a.m.** in Courtroom 2:

(1) Plaintiff's **Motion for Leave to File Exhibit Conventionally (Doc. 27)**

(2) Plaintiff's **Motion for Entry of Default Judgment (Doc. 26)**

(3) Plaintiff's **Motion to Strike Defendants' Answer (Doc. 24)**

(4) Defendants' **FRCP Rule 55(c) Motion to Set Aside Clerk's Entry of Default (Doc. 22)**

Baton Rouge, Louisiana, this 2nd day of June, 2014.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA