UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JUNE 18, 2014
JACKSON, C. J.

ERNEST TAYLOR

VERSUS

THE CITY OF BATON ROUGE, ET AL

CIVIL ACTION

NO. 13-579-BAJ

This matter came this day for oral argument on Defendants' FRCP Rule 55( c) Motion to Set Aside Clerk's Entry of Default (Doc. 22), Plaintiff's Motion to Strike Defendants' Answer (Doc. 24), Plaintiff's Motion for Default Judgment (Doc. 26), and Plaintiff's Motion for Leave to File Exhibit Conventionally (Doc. 27).

      PRESENT:  Terrence J. Donahue, Jr., Esq.
                   Christopher D. Glisson, Esq.
                   Counsel for Plaintiff,
                     Ernest Taylor

                   Tedrick Knightshead, Esq.
                   Counsel for Defendants,
                     The City of Baton Rouge, et al

Counsel presents oral argument to the Court.

For reasons read into the record, the Court denies the Defendants' FRCP Rule 55( c) Motion to Set Aside Clerk's Entry of Default (Doc. 22). Plaintiff's Motion to Strike Defendants' Answer (Doc. 24) and Plaintiff's Motion for Leave to File Exhibit Conventionally (Doc. 27) are granted.

The Court defers its ruling on Plaintiff's Motion for Default Judgment (Doc. 26).

Counsel for the Defendants' shall file post hearing memorandum, no later than June 30, 2014, addressing the following:

(1) the constitutionality of Baton Rouge Code § 13:95.3

(2) their continued failure to return Ernest Taylor's firearms to him, despite the dismissal of all criminal charges against him.

Counsel for the Plaintiff Ernest Taylor shall file a memorandum in response to the Defendants' memorandum on or before July 10, 2014.

For reasons stated on the record, the Court advised counsel for the Defendants that an Order to Show Cause may be issued this matter.

\* \* \* \*

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Clare Smith-Neely/reporter
cv25a: 2