UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNEST TAYLOR | CIVIL ACTION |
| VERSUS | |
| THE CITY OF BATON ROUGE, ET AL. | NO.: 13-00579-BAJ-RLB |

### ORDER

Considering counsel for Plaintiff's **Notice of Facts Related to Current Proceeding (Doc. 32)**;

**IT IS ORDERED** that counsel for Defendants shall submit a memorandum in response **no later than July 3, 2014 at 5 p.m.**

**IT IS FURTHER ORDERED** that counsel for Defendants shall attach a copy of the Baton Rouge Police Department Incident Report to the memorandum in response.

Baton Rouge, Louisiana, this 1st day of July, 2014.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA