UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR      CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL.      NO.: 13-00579-BAJ-RLB

ORDER

On June 18, 2014, the undersigned ordered Defendants to submit a memorandum, no later than June 30, 2014, addressing the constitutionality of Baton Rouge Code § 13:95.3 and Defendants' continued failure to return Plaintiff's firearms, despite the East Baton Rouge Parish Attorney's Office's dismissal of all criminal charges against him. (Doc. 30.)

On June 30, 2014, Defendants filed a document entitled, "Defendants' Post-Hearing Memorandum." Upon review of the memorandum, the Court was disappointed to find blank spaces (e.g. "_____"), rather than text, in the memorandum. *See, e.g.*, Doc. 33, p. 9. It is clear from reviewing Defendants' submission that counsel for Defendants did not proofread the memorandum.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall **STRIKE** Document Number 33 from the record in this matter.

IT IS FURTHER ORDERED that Defendants shall re-submit their memorandum, as previously ordered by this Court, **no later than July 3, 2014 at 5:00 p.m.**. No requests for an extension of time shall be granted; nor will Defendants be granted an additional opportunity to submit the memorandum.

Baton Rouge, Louisiana, this 1ST day of July, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**