UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**

                                                     **CIVIL ACTION**

**VERSUS**

                                                 **NO.: 13-00579-BAJ-RLB**

**THE CITY OF BATON ROUGE, ET AL**

## MOTION AND ORDER TO WITHDRAW
## AS COUNSEL OF RECORD

     **NOW INTO COURT,** through undersigned counsel, come defendants, City of Baton Rouge, Chief of Police Carl Dabadie, Jr., East Baton Rouge Parish Attorney Mary Roper, Baton Rouge City Prosecutor Lisa Freeman, Baton Rouge Police Officer Patrick Wennemann, Baton Rouge Police Officer James Thomas, and female Baton Rouge Police Officer, referred to as Jane Doe, who move this Court to allow James L. Hilburn to withdraw as counsel of record for defendants, City of Baton Rouge, Chief of Police Carl Dabadie, Jr., East Baton Rouge Parish Attorney Mary Roper, Baton Rouge City Prosecutor Lisa Freeman, Baton Rouge Police Officer Patrick Wennemann, Baton Rouge Police Officer James Thomas, and female Baton Rouge Police Officer, referred to as Jane Doe, because James L. Hilburn has retired from the Parish Attorney's office effective March 27, 2014.

**BY ATTORNEYS:**

**Mary E. Roper**
**Parish Attorney**

**/s/Tedrick K. Knightshead**
**Tedrick K. Knightshead, T.A. (#28851)**
**Senior Special Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**


**/s/James L. Hilburn**
**James L. Hilburn (#20221)**
**Associate Attorney**
**Shows, Cali & Walsh, L.L.P.**
**628 St. Louis Street**
**Baton Rouge, LA 70802**
**(225) 346-1461 - Telephone**
**(225) 346-1467 - Facsimile**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ERNEST TAYLOR**

**VERSUS**

**CIVIL ACTION**

**NO.: 13-00579-BAJ-RLB**

**THE CITY OF BATON ROUGE, ET AL**

## ORDER

Considering the foregoing Motion and Order to Withdraw as Counsel of Record;

**IT IS ORDERED** that the name of James L. Hilburn, be removed from the record of this Court as counsel for defendants, City of Baton Rouge, Chief of Police Carl Dabadie, Jr., East Baton Rouge Parish Attorney Mary Roper, Baton Rouge City Prosecutor Lisa Freeman, Baton Rouge Police Officer Patrick Wennemann, Baton Rouge Police Officer James Thomas, and female Baton Rouge Police Officer, referred to as Jane Doe, in the above entitled and numbered cause.

Baton Rouge, Louisiana, this _____ day of _____, 2014.

_____
**HONORABLE BRIAN A. JACKSON**
**UNITED STATES DISTRICT JUDGE**

# CERTIFICATE

I hereby certify that a copy of the foregoing Motion and Order to Withdraw as Counsel of Record was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to Mr. Terrance Donahue, Jr., by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 3rd day of July, 2014.


/s/James L. Hilburn
James L. Hilburn