**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ERNEST TAYLOR**

**VERSUS**

**CIVIL ACTION**

**NO.: 13-00579-BAJ-RLB**

**THE CITY OF BATON ROUGE, ET AL**

*EX PARTE* **MOTION FOR PERMISSION TO ENROLL AS COUNSEL**

Tedrick K. Knightshead, attorney for defendants, James L. Hilburn, former attorney for defendants, and Frank J. Gremillion, attorney, respectfully move the Court to permit Frank J. Gremillion to enroll as attorney to represent Tedrick K. Knightshead and James L. Hilburn in connection with the hearing scheduled in this matter for July 8, 2014, to show cause why sanctions should not be issued for failure to comply with the Federal Rules of Civil Procedure, the local court rules and court orders.

Movers respectfully suggest that it is likely that the Court will want evidence to be produced at that hearing, and that evidence will consist primarily of the testimony of Knightshead and Hilburn, and movers suggest that the hearing will proceed more efficiently if Knightshead and Hilburn are represented.

Wherefore, movers pray that the Court permit Frank J. Gremillion to enroll to act as counsel for Knightshead and Hilburn at said hearing.

**BY ATTORNEYS:**

**/s/Frank J. Gremillion**
**Frank J. Gremillion (#6296)**
**Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA 70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**


**/s/Tedrick K. Knightshead**
**Tedrick K. Knightshead, T.A. (#28851)**
**Senior Special Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA 70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**


**/s/James L. Hilburn**
**James L. Hilburn (#20221)**
**Associate Attorney**
**Shows, Cali & Walsh, L.L.P.**
**628 St. Louis Street**
**Baton Rouge, LA 70802**
**(225) 346-1461 - Telephone**
**(225) 346-1467 - Facsimile**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR

VERSUS

THE CITY OF BATON ROUGE, ET AL

CIVIL ACTION

NO.: 13-00579-BAJ-RLB

# ORDER

Considering the foregoing *Ex Parte* Motion for Permission to Enroll as Counsel;

**IT IS ORDERED** that Frank J. Gremillion, be permitted to enroll as counsel of record for Tedrick K. Knightshead and James L. Hilburn, in the above entitled and numbered cause.

Baton Rouge, Louisiana, this _____ day of _____, 2014.

_____
**HONORABLE BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE**

# CERTIFICATE

I hereby certify that a copy of the foregoing *Ex Parte* Motion for Permission to Enroll as Counsel was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to Mr. Terrance Donahue, Jr., by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 3rd day of July, 2014.

/s/Frank J. Gremillion
Frank J. Gremillion