# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST TAYLOR** | **CIVIL ACTION NO. 3:13-CV-00579** |
| **VERSUS** | **CHIEF JUDGE JACKSON** |
| **THE CITY OF BATON ROUGE, ET AL.** | **MAGISTRATE JUDGE BOURGEOIS** |

## DEFENDANT MARY ROPER'S *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL

Pursuant to Local Rule 83.2.11, Defendant Mary Roper, in her individual and official capacities, acting through her current counsel, Tedrick K. Knightshead, respectfully requests that this Court grant this Motion to Enroll Shelton Dennis Blunt (La. Bar Roll No. 21230) and Paul LeBlanc (La. Bar Roll No. 23186) of Phelps Dunbar LLP, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana, 70802, as additional counsel of record in this matter, solely for the purpose of representing Defendant Mary Roper, and no other defendant. Mr. Blunt and Mr. LeBlanc are familiar with the record and all proceedings and deadlines in the above-captioned matter, and this request will not occasion any request for a continuance or other extension of time, or otherwise disrupt any of the deadlines in this matter.

Tedrick K. Knightshead, Special Assistant Parish Attorney (La. Bar Roll No. 28851) will remain enrolled as Lead Attorney for Mary Roper and the remaining defendants.

WHEREFORE, Defendant Mary Roper prays that this Court grant her Motion and Shelton Dennis Blunt and Paul LeBlanc be enrolled as additional counsel for Defendant Mary Roper in this matter.

**KNIGHTSHEAD LAW FIRM**

/s/ Tedrick S. Knightshead_____
Tedrick K. Knightshead (Bar Roll No. 28851)
2415 Government St.
Baton Rouge, LA 70806
P.O. Box 946
Baton Rouge, LA 70821
Phone: 225-388-5265
Fax: 225-388-5869

ATTORNEY FOR DEFENDANT MARY ROPER

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3RD day of July, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Tedrick S. Knightshead\_\_\_\_\_