UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                          CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL.                        NO.: 13-00579-BAJ-RLB

ORDER

**IT IS ORDERED** that the Show Cause Hearing set for July 8, 2014 (*see* Doc. 31) is **CONTINUED** and **RESET** to July 30, 2014 at 10:30 a.m. in Courtroom 2.

Baton Rouge, Louisiana, this 7th day of July, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA