UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNEST TAYLOR | CIVIL ACTION |
| VERSUS | |
| THE CITY OF BATON ROUGE, ET AL. | NO.: 13-00579-BAJ-RLB |

## ORDER

**IT IS ORDERED** that the following motions are **GRANTED**:

(1) Defendant Mary Roper's Ex Parte Motion to Enroll Additional Counsel (Doc. 41)

(2) Ex Parte Motion for Permission to Enroll Counsel (Doc. 39)

**IT IS FURTHER ORDERED** that the Clerk of Court shall enroll Frank J. Gremillion, Shelton Dennis Blunt, and Paul LeBlanc in the above captioned matter for the sole purpose of representing James L. Hilburn, Tedrick Knightshead, and Mary E. Roper during the show cause hearing in this matter. *See* Doc. 31.

Baton Rouge, Louisiana, this 7th day of July, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA