UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR     CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL.     NO.: 13-00579-BAJ-RLB

## ORDER

**IT IS ORDERED** that the following motions are **GRANTED**:

(1) Motion for Permission to File Response of James Hilburn and Tedrick Knightshead to the Court's Order to Show Cause Why Sanctions Should Not Be Imposed **(Doc. 45)**

(2) Motion for Leave to File Response of Mary Roper to the Court's Order to Show Cause Regarding Why Sanctions Should Not Be Granted **(Doc. 49)**

(3) Motion for Status Conference **(Doc. 53)**

**IT IS FURTHER ORDERED** that Roper's Ex Parte Motion to Withdraw/Strike Previously Filed Pleadings, and Substitute Attached Pleadings for Same **(Doc. 48)** is **GRANTED IN PART** and **DENIED IN PART**.

Accordingly,

**IT IS FURTHER ORDERED** that the Clerk of Court shall **STRIKE** Document Numbers 42 and 43. The Clerk of Court shall not substitute any documents for Document Number 42.

IT IS FURTHER ORDERED that the following motions are DENIED AS MOOT:

(1) Roper's Ex Parte Motion of Mary Roper to Clarify Enrollment of Additional Counsel **(Doc. 51)**

(2) Defendant Mary Roper's Motion for Leave to File Reply to Plaintiff's Response (Docket Entry 44) **(Doc. 52)**

**IT IS FURTHER ORDERED** that counsel for Plaintiff and *all* counsel for Mary E. Roper, James L. Hilburn, and Tedrick K. Knightshead shall appear before the undersigned for a **STATUS CONFERENCE** on **July 28, 2014 at 3:30 p.m.** in Chambers. Counsel are encouraged to familiarize themselves with the record in this matter and review the proceedings held on June 18, 2014 in advance of the status conference.

Baton Rouge, Louisiana, this 23rd day of July, 2014.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**