UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNEST TAYLOR | CIVIL ACTION |
| VERSUS | |
| THE CITY OF BATON ROUGE, ET AL. | NO.: 13-00579-BAJ-RLB |

### ORDER

IT IS ORDERED that counsel for Defendants' **Motion to Strike Transcript Request (Doc. 62)** is **GRANTED**. The Clerk of Court shall **STRIKE** Document Number 58 from the record.

IT IS FURTHER ORDERED that Defendants' **Motion and Order to Withdraw As Counsel of Record (Doc. 38)** is **GRANTED**. The Clerk of Court shall **TERMINATE** James L. Hilburn as counsel of record for Defendants. However, Hilburn shall remain listed as an "Interested Party."

IT IS FURTHER ORDERED that Defendants' **Motion for Leave to File Exhibit Conventionally (Doc. 37)** is **GRANTED**. Counsel for Defendants shall deliver a copy of the exhibit(s) to the Clerk of Court **no later than August 14, 2014**.

Baton Rouge, Louisiana, this 13th day of August, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA