UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                               CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL.        NO.: 13-00579-BAJ-RLB

### ORDER

**IT IS ORDERED** that Defendants' **Motion for Leave to File Motion to Set Aside Default Under Rule 55(c) (Doc. 74)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file his memorandum in opposition to Defendants' FRCP Rule 55(c) Motion to Set Aside Default, if any, **no later than October 6, 2014.** Plaintiff's memorandum in opposition shall address whether Defendants have established that their failure to file an Answer to the Complaint within the allotted time period was *not* willful. *See Baldwin v. Taishang Gypsum Co., Ltd. (In re Chinese-Manufactured Drywall Prods. Liab. Litig.)*, 742 F.3d 576, 594 (5th Cir. 2014) ("A finding of willful default ends the inquiry, for when the court finds an intentional failure of responsive pleadings there need be no other finding.").

Baton Rouge, Louisiana, this 15th day of September, 2014.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA