UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR							CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET				NO.: 13-00579-BAJ-RLB
AL.

ORDER

On August 25, 2014, the Court issued a Ruling and Order granting Plaintiff Ernest Taylor's ("Plaintiff") Motion for Default Judgment (Doc. 26) and holding, *inter alia*, that City of Baton Rouge, Louisiana and East Baton Rouge Parish, Louisiana Code of Ordinances § 1395.3 unlawfully infringes upon the right of Plaintiff and other citizens to keep and bear firearms, in violation of the Second Amendment to the United States Constitution. (Doc. 69 at p. 19). This case will, for the sake of clarity, hereinafter be referred to as *Taylor I*.

Plaintiff has since brought additional claims in a case that will hereinafter be referred to as *Taylor II*. *Taylor v. City of Baton Rouge*, No. 15-153 (M.D. La. filed Mar. 13, 2015). Because the claims in *Taylor II* are, in many ways, related to the claims adjudicated in *Taylor I*, the Court previously refrained from ruling on the issue of damages in *Taylor I* in order to permit discovery to occur simultaneously with that of *Taylor II*. However, four months later, the Court sees no reason to permit the issue of damages in *Taylor I* to linger any longer.

T. Donahue

Accordingly,

**IT IS ORDERED** that Plaintiff shall, by motion, submit any information necessary to allow the Court "to make good the wrong done." *See Bell v. Hood*, 327 U.S. 678, 684 (1946). Plaintiff's motion shall be filed **no later than September 8, 2015.**

**IT IS FURTHER ORDERED** that if Defendants wish to oppose Plaintiff's submission, they shall do so by motion **no later than September 18, 2015.**

Baton Rouge, Louisiana, this 1st day of September, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**