UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                                                CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL.                           NO.: 13-00579-BAJ-RLB

ORDER

On September 1, 2015, the Court issued an Order directing Plaintiff Ernest Taylor ("Plaintiff") to, no later than September 8, 2015, submit any information necessary for the Court "to make good the wrong done." (*See* Doc. 99 at p. 2) (quoting *Bell v. Hood*, 327 U.S. 678, 684 (1946)). The wrong to which the Court was referring, of course, was the Court's previous holding that City of Baton Rouge, Louisiana and East Baton Rouge Parish, Louisiana Code of Ordinances § 1395.3 unlawfully infringed upon the right of Plaintiff and other citizens to keep and bear firearms, in violation of the Second Amendment. (*See* Doc. 69 at p. 19).

Plaintiff has yet to respond to the Court's Order. However, after reviewing the notice of electronic filing, it appears that Plaintiff's former counsel, Terrance J. Donahue, Jr., was not notified of the Court's Order and it seems patently unfair to, without notice, deprive him of the attorney's fees to which he is otherwise rightfully entitled.

T. Donahue - email

Accordingly,

**IT IS ORDERED** that Plaintiff shall, by motion, submit any information necessary to allow the Court "to make good the wrong done." *Bell v. Hood*, 327 U.S. 678, 684 (1946). Plaintiff's motion shall be filed **no later than September 21, 2015.**

**IT IS FURTHER ORDERED** that if Defendants wish to oppose Plaintiff's submission, they shall do so by motion **no later than October 1, 2015.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall, by electronic means, serve Plaintiff's former counsel, **Terrance J. Donahue, Jr.**, with a copy of this Order.

Baton Rouge, Louisiana, this 14th day of September, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**