UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | |
| **THE CITY OF BATON ROUGE, ET AL** | **NO.: 3:13-CV-00579-BAJ-RLB** |

### PLAINTIFF'S MOTION TO SUBMIT INFORMATION REGARDING DAMAGES

NOW BEFORE THE COURT comes Plaintiff, Ernest Taylor, by and through undersigned counsel, and as directed by the Court submits this Motion seeking to submit information regarding the Plaintiff's damages which were caused by the actions of the Defendants for which this Court has granted the Plaintiff a default judgment. As set forth in the accompanying Memorandum, Plaintiff requests that the Court consider the items described in the Memorandum in arriving at an appropriate award of damages, however because the parties have not been able to conduct discovery pending the Defendants' filing of responsive pleadings in *Taylor 2* the Plaintiff requests that the Court first allow the parties a brief period of time within which to conduct discovery limited to the issue of punitive damages, and specifically regarding whether an award of punitive damages is appropriate for certain individual defendants' continued enforcement of criminal statutes which had previously been determined to be unconstitutional and the continued prosecution of individuals for violations of those statutes.

WHEREFORE, PLAINTIFF PRAYS that the Court grant his Motion and consider the items described herein in making an appropriate award of damages, after first granting the parties a brief period within which to conduct discovery limited to the issue

of punitive damages.

**Respectfully Submitted**,

/s/ Karl J. Koch
**KARL J KOCH (#17010)**
P.O. Box 359
Baton Rouge, LA 70821
Tel: (225) 223-6215
Fax: (225) 612-6412

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record via the ECF system, this 21st day of September, 2015.

/s/ Karl J. Koch