UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                                        CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL                   NO.: 3:13-CV-00579-BAJ-RLB

### SWORN DECLARATION OF PLAINTIFF ERNEST TAYLOR

BEFORE ME, the undersigned Notary Public in and for the Parish of East Baton Rouge, State of Louisiana, personally came and appeared

ERNEST TAYLOR

who, having first been duly sworn, did depose and state:

1. My name is Ernest Taylor. I am the plaintiff in the above-captioned matter

2. I personally signed the Complaint in this matter under oath, and I hereby verify that the facts alleged therein are true and correct to the best of my knowledge, information, and belief. I also personally signed the Complaint in Docket No. 3:15-CV-00153 under oath, and I hereby verify that the facts alleged therein are true and correct to the best of my knowledge, information and belief. I incorporate the contents of those complaints into this Sworn Declaration by reference.

3. As alleged in the Complaint, on October 13, 2012 I was arrested for an alleged violation of Baton Rouge Code § 13:95.3, Possession of a Firearm Where Alcohol is Being Sold (among other alleged violations). As the Complaint alleges and as has been found by this Court, that statute is unconstitutional and my arrest was unlawful.

4. As a result of my unlawful arrest on October 13, 2012 I sustained damages. The arrest and enforcement of this statute violated my right to bear arms, guaranteed by the Second Amendment to the United States Constitution.

5. First, I was placed under arrest as part of the unlawful enforcement of this statute. I sustained damages during this arrest due to the officers' use of inappropriate and unnecessary force. Although I did not have access to this information when my Complaint was filed, I have since learned that portions of my arrest were videotaped by the Baton Rouge City Police, and excerpts from that video were broadcast on WBRZ TV as part of a news story. I am attempting to attach a copy of that video to this Sworn Declaration, however if necessary the video can be viewed by the Court at this address: http://www.wbrz.com/news/judge-rules-city-ordinance-violates-2nd-amendment/.

6. My arrest occurred on a Friday night, and I was held in the East Baton Rouge Parish Prison until I was finally able to post bail and be released at approximately 6:00 p.m. on Monday, October 16. I was very angry and upset by the fact of being held in prison for no legitimate reason. I was uncomfortable – there was not enough room in the facility and I had to sleep on the floor without a bed or blanket. The food was barely edible.

7. Although the Defendants, and in particular the defendants employed by the Baton Rouge City Police, the Parish Attorney, and the Baton Rouge City Prosecutor's Office, were well aware that the statute for which I was arrested was unconstitutional and that my arrest was unlawful, the City Prosecutor continued with my prosecution for a period of time until the case was finally

dismissed on April 28, 2014 – eighteen months after my arrest. During this time, I was forced to engage counsel to represent me in the criminal prosecution.

8. I missed time from work and suffered a loss of income during the following periods: the weekend after my arrest until my release from jail on October 16, 2012 and three court appearances in Baton Rouge City Court which caused me to miss an entire day on each court date. During this period, I owned and operated an 18-wheel container truck and hauled from New Orleans to Baton Rouge. Each missed day cost me $500.00 in lost income, for an approximate total of $3,000.00 in lost income.

9. From the date of my arrest on October 13, 2012 until approximately June of 2014, I was deprived of the firearms which had been unlawfully seized at the time of my arrest. Two of the items seized were operational firearms; a third was not a real weapon. I was unable to use or enjoy my firearms during this period. I relied upon my weapons to protect myself while working because I haul items that have value, and I have been forced to work without that protection which has made me very uncomfortable.

10. At the time of my arrest on October 13, 2012 the officers also confiscated the ammunition that was loaded in the weapons. That ammunition has never been returned. Although the value of this ammunition is not large, I do request that I be awarded an amount for that value which is approximately $5.00.

11. As a result of my arrest, I have suffered personal embarrassment and humiliation due to my friends and the community being aware that I had been arrested.

_____
Ernest Taylor

Sworn to and subscribed
before me, Notary, this 21st
day of September, 2015.

_____
Karl J. Koch
Notary Public
La. Bar Roll No. 17010