UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                    CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL        NO. 3:13-CV-00579-BAJ-RLB

DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION RELATIVE TO DAMAGES

TO THE HONORABLE CHIEF JUDGE:

All defendants, through their respective undersigned counsel respectfully oppose the plaintiff's Motion to Submit Information Regarding Damages.

Defendants oppose plaintiff's request for continuance on the grounds that the purpose of the continuance – to obtain information relative to punitive damages in connection with subsequent enforcement of the ordinance in cases involving other people – is beyond the Court's order, beyond the plaintiff's complaint, and beyond plaintiff's motion for default.

Defendants oppose the award of any damages to plaintiff as plaintiff has failed to establish a deprivation of a right or privilege granted or protected by the Constitution or federal statute.

Defendants oppose the award of attorney fees on the grounds that plaintiff has not successfully prosecuted an action under 42 USC 1983.

Defendants submit that at best plaintiff has established that plaintiff was temporarily deprived of possession of several firearms, which action may amount to a conversion under Louisiana law, but did not deprive plaintiff of his constitutional right to possess firearms.

Defendants oppose the "Sworn Declaration" of Ernest Taylor on the grounds that most of that document deal with claims of damages not resulting from the conversion of Taylor's guns, and are therefore irrelevant to the requirements of the Court's order. These are described more fully in Defendants' memorandum. Defendants request that the court strike those irrelevant allegation.

Defendants oppose the Declaration of Terrence J. Donahue, Jr on the grounds that defendants are not liable for attorney fees as plaintiff has not been successful in a civil rights action but has only established, at best, a temporary conversion of property.

Wherefore, defendants pray that plaintiff's request for continuance for the purpose stated be denied; that plaintiff's and Mr. Donahue's request for attorney fees be denied; that the Court dismiss this action for lack of federal question jurisdiction; and that, in the alternative, should the court determine to award damages, that those damages be commensurate with Louisiana awards for conversion of property only.

**RESPECTFULLY SUBMITTED:**
**Lea Anne Batson**
**Parish Attorney**

**/s/Frank J. Gremillion**
**Frank J. Gremillion**
**Special Assistant Parish Attorney**
**Bar Roll #6296**
**P.O. Box 1471**
**Baton Rouge, LA   70821**
**(225) 389-3114 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for Mary Roper, Lisa Freeman,*
*and Lea Anne Batson*

/s/Gwendolyn K. Brown
**Gwendolyn K. Brown (#19891)**
**Senior Special Assistant Parish Attorney**
**P.O. Box 1471**
**Baton Rouge, LA   70821**
**(225) 389-3114 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for Carl Dabadie, Jr.,*
*Donald Dewayne White, Patrick Wenneman,*
*and James Thomas*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to plaintiff's counsel, Mr. Karl J. Koch, Mr. Elliot Cassidy, and Mr. Terrence J. Donahue, Jr., by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this  30th  day of September, 2015.

/s/Frank J. Gremillion
Frank J. Gremillion