IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 13-579-BAJ-RLB |
| | § | |
| Defendants. | § | |

**MOTION TO ENROLL ADDITIONAL COUNSEL**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Ernest Taylor, who respectfully moves this Court for an Order allowing Terrence J. Donahue, Jr. of the Donahue Law Firm to enroll as additional counsel of record for Plaintiff in the above-entitled and numbered cause.

**WHEREFORE**, Plaintiff, Ernest Taylor prays that this Court allow Terrence J. Donahue, Jr. of the Donahue Law Firm, to enroll as additional counsel of record herein.

Respectfully submitted:

 /s/ Karl J. Koch
KARL J. KOCH #17010
P.O. Box 359
Baton Rouge, LA  708021
Telephone: 225-229-4745
Facsimile: 225-612-6412

s/ Terrence J. Donahue, Jr.
**TERRENCE J. DONAHUE, JR.**
Donahue Law Firm
P.O. Box 41017
Baton Rouge, Louisiana 70835
(225) 939-9104
Bar Roll No.: 32126

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed electronically on October 21, 2015, using the Court's CM/ECF system, which generated a Notice of Electronic Filing to all counsel of record, satisfying the service requirements of Fed. R. Civ. P. 5.

    /s/   Karl J. Koch
    KARL J. KOCH