IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 13-579-BAJ-RLB |
| | § | |
| Defendants. | § | |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING, it is ORDERED that Terrence J. Donahue, Jr. of the Donahue Law Firm be allowed to enroll as additional counsel of record for Plaintiff in the above-entitled and numbered cause.

Baton Rouge, Louisiana this _____ day of October, 2015.

_____
JUDGE
UNITED STATES DISTRICT COURT

3