UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | |
| **THE CITY OF BATON ROUGE, ET AL** | **NO. 3:13-CV-00579-BAJ-RLB** |

### MOTION TO WITHDRAW AS COUNSEL

NOW BEFORE THE COURT comes Plaintiff, Ernest Taylor, and moves as follows:

1.

Plaintiff wishes to be represented in this matter by Terrence J. Donahue, Jr., and he has caused a motion to be filed in this matter enrolling Mr. Donahue as his counsel.

2.

With the Plaintiff's consent, Plaintiff's other counsel of record now wish to withdraw from this matter. Therefore, attorneys Christopher D. Glisson, Elliott C. Cassidy, and Karl J. Koch move to withdraw as counsel of record for Plaintiff Ernest Taylor in this case.

3.

Mr. Donahue is fully familiar with this case and has participated in these proceedings, and consequently the withdrawal of attorneys Glisson, Cassidy, and Koch will not delay these proceedings or prejudice any party.

WHEREFORE PLAINTIFF PRAYS that attorneys Christopher D. Glisson, Elliott C. Cassidy, and Karl J. Koch be allowed to withdraw as counsel for Plaintiff Ernest Taylor in this matter.

Respectfully Submitted:

| | |
|---|---|
| ____/s/ Elliott C. Cassidy____ | ____/s/ Karl J. Koch____ |
| ELLIOTT C. CASSIDY, #35400 | KARL J. KOCH, #17010 |
| ATTORNEY AT LAW | KOCH LAW FIRM |
| P.O. Box 1445 | P.O. Box 359 |
| Jennings, LA 70546 | Baton Rouge, LA 70821 |
| Telephone: (337) 824-1591 | Telephone: (225) 223-6215 |
| Facsimile: (337) 824-1254 | Facsimile: (225) 246-2877 |
| | Email: karl@kochlawyer.com |

| | |
|---|---|
| ___s/ Terrence J. Donahue, Jr.___ | ___/s/ Christopher D. Glisson___ |
| TERRENCE J. DONAHUE, JR. # 32126 | CHRISTOPHER D. GLISSON #20200 |
| Donahue Law Firm | McGLYNN, GLISSON & MOUTON |
| P.O. Box 41017 | 340 Florida Street |
| Baton Rouge, Louisiana 70835 | Baton Rouge, LA 70802 |
| Telephone: (225) 939-9104 | Telephone: (225) 344-3555 |
| Email: tjdonahuejr@gmail.com | Email: chris@mcglynnglisson.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record via the court's Electronic Filing System, this 22nd day of October, 2015.

             ___/s/ Karl J. Koch___