**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

**ERNEST TAYLOR**                                                              **CIVIL ACTION**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**            **NO. 3:13-CV-00579-BAJ-RLB**

<u>**ORDER**</u>

Considering the foregoing *Motion to Withdraw*;

IT IS ORDERED that Christopher D. Glisson, Elliott C. Cassidy, and Karl J. Koch be permitted to withdraw as counsel of record for Plaintiff Ernest Taylor.

Baton Rouge, Louisiana this ___ day of _____, 2015.

_____
JUDGE
UNITED STATES DISTRICT COURT