# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 13-579-BAJ-RLB |
| | § | |
| Defendants. | § | |

## JOINT STATUS REPORT

On October 21, 2015 the Court held a status conference in the above-captioned matter and directed the parties to engage in settlement negotiations. *See* [Doc. 106]. Pursuant to the Court's direction, as reflected in the minute entry issued in connection with the October 21st status conference, the parties hereby jointly submit this status report to inform the Court of the course of settlement negotiations.

On October 26, 2015, Plaintiff submitted a written settlement offer to Defendants and provided additional supporting information thereafter pursuant to Defendants' request. Defendants communicated a counteroffer of settlement on November 18, 2015 and provided additional supporting information thereafter pursuant to Plaintiff's request.

While the parties are continuing to engage in settlement negotiations, there currently exists a considerable difference of opinion regarding the value of Plaintiff's claim. As a result, the parties respectfully request that the Court proceed with scheduling a settlement conference with Magistrate Bourgeois.

Respectfully Submitted,

1

        s/ Terrence J. Donahue, Jr.
**DONAHUE LAW FIRM**
Terrence J. Donahue, Jr.
P.O. Box 41017
Baton Rouge, Louisiana 70835
(225) 939-9104
Bar Roll No.: 32126

*Counsel for Plaintiff*

        s/ Gwendolyn K. Brown
Gwendolyn K. Brown (#19891)
**Senior Special Assistant Parish Attorney**
P.O. Box 1471
Baton Rouge, LA 70821
(225) 389-3114 - Telephone
(225) 389-8736 – Facsimile

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Status Report was filed electronically on November 20, 2015, using the Court's CM/ECF system, which generated a Notice of Electronic Filing to all counsel of record, satisfying the service requirements of Fed. R. Civ. P. 5.

        s/ Terrence J. Donahue, Jr.
        Terrence J. Donahue, Jr.