UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                              CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL            NO. 3:13-CV-00579-BAJ-RLB

MOTION FOR LEAVE TO WAIVE CLIENTS' PRESENCE
AT SETTLEMENT CONFERENCE

Defendants, Carl Dabadie, Jr., Mary E. Roper, Lea Anne Batson, Lisa Freeman, James Thomas, Patrick Wennemann, and Jeremiah A. Ardoin, through undersigned counsel, respectfully request permission to waive their presence at a settlement conference scheduled for January 13, 2016, at 9:30 A.M., for the following reasons:

1.

The individual defendants were acting within the course and scope of their employment with the city of Baton Rouge at all times pertinent to the claims raised in this matter.

2.

The city of Baton Rouge acknowledges that the individual employees were acting within course and scope and agrees that any settlement reached in this matter will be paid by the city of Baton Rouge with no contributions from any of the individual defendants.

3.

The individual defendants therefore have relinquished their rights to participate in any settlement of this matter and desire to waive their respective presences at the conference.

4.

The undersigned have obtained authority to negotiate and settle this matter on behalf of the city of Baton Rouge and all defendants in the amount set out in the Confidential Statement filed on defendants' behalf. Defendants are of the opinion that that amount should be sufficient; however, if not, only the Metro Council, at a public meeting, has authority to authorize a greater amount. Thus, it will be impossible to obtain additional authority during the settlement conference, and any amount needed in excess of movers' authority can be obtained only at a public meeting of the Metro Council. It is also impossible to obtain a pre-settlement conference commitment from the Metro Council in an amount greater than that already authorized.

Wherefore defendants pray that the Court permit all defendants except the city of Baton Rouge to waive their presence at the settlement conference; that the city of Baton Rouge be represented by undersigned counsel; and that defendants be permitted to participate with the authority described in the Confidential Statement.

**RESPECTFULLY SUBMITTED:**
**Lea Anne Batson**
**Parish Attorney**

**/s/Frank J. Gremillion**
**Frank J. Gremillion**
**Special Assistant Parish Attorney**
**Bar Roll #6296**
**P.O. Box 1471**
**Baton Rouge, LA   70821**
**(225) 389-3114 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for Mary Roper, Lisa Freeman,*
*and Lea Anne Batson*

/s/Gwendolyn K. Brown
**Gwendolyn K. Brown (#19891)**
**Senior Special Assistant Parish Attorney**
**P.O. Box 1471**
**Baton Rouge, LA   70821**
**(225) 389-3114 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for Carl Dabadie, Jr.,*
*Donald Dewayne White, Patrick Wenneman,*
*and James Thomas*

# CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to plaintiff's counsel, Mr. Terrence J. Donahue, Jr., by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this  9th  day of December, 2015.

/s/Frank J. Gremillion
Frank J. Gremillion

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                          CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL            NO. 3:13-CV-00579-BAJ-RLB

ORDER

CONSIDERING THE foregoing Motion to Waive Defendants' Presence:

IT IS ORDERED That the presence of defendants Carl Dabadie, Jr., Mary E. Roper, Lea Ane Batson, Lisa Freeman, James Thomas, Patrick Wennemann, and Jerimiah A. Ardoin is waived.

IT IS FURTHER ORDERED that the City of Baton Rouge may be represented by its attorneys, Ms. Gwyn Brown and Frank Gremillion, who are permitted to participate with the settlement authority as set out in defendants' Confidential Statement filed in this matter.

Thus Done and Signed at Baton Rouge, LA., this ____ day of _____, 201__.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA