UNITED STATES DISTRICT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                    CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL          NO. 3:13-CV-00579-BAJ-RLB

MEMORANDUM
IN SUPPORT OF DEFENDANTS' REQUEST FOR WAIVER

May it Please the Court:

This matter, which involves a claim for damages for the seizure of plaintiff's firearms following his arrest in October of 2012, is set for a settlement conference on January 13, 2015. The defendants are the arresting police officers, the then parish attorney, the present parish attorney, the prosecuting attorney, and the city of Baton Rouge.

While defendants deny that plaintiff has been deprived of his rights under the Second Amendment, all defendants admit that at relevant times the individual defendants were acting within the course and scope of their employment with the city. The defendants, including the city, are of the opinion that the claim is one for conversion of property based upon Louisiana law, and for that reason the city would be liable under respondeat superior. That being the case, the city has agreed that it will fund whatever settlement is eventually reached in this matter with no contribution for any individual defendant.

Thus, as a practical matter, the individual defendants have no interest in, or contributions to a compromise, and their presence at the settlement conference will serve no purpose. Defendants therefore request that the Court waive the presence of the individual defendants.

Defendants further request that the Court permit undersigned to represent the defendants at the scheduled settlement conference with the authority described in defendants' confidential statement.

**RESPECTFULLY SUBMITTED:**
**Lea Anne Batson**
**Parish Attorney**

**/s/Frank J. Gremillion**
**Frank J. Gremillion**
**Special Assistant Parish Attorney**
**Bar Roll #6296**
**P.O. Box 1471**
**Baton Rouge, LA   70821**
**(225) 389-3114 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for Mary Roper, Lisa Freeman,*
*and Lea Anne Batson*

**/s/Gwendolyn K. Brown**
**Gwendolyn K. Brown (#19891)**
**Senior Special Assistant Parish Attorney**
**P.O. Box 1471**
**Baton Rouge, LA   70821**
**(225) 389-3114 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for Carl Dabadie, Jr.,*
*Donald Dewayne White, Patrick Wenneman,*
*and James Thomas*

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to plaintiff's counsel, Mr. Terrence J. Donahue, Jr., by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this  9th  day of December, 2015.

/s/Frank J. Gremillion
Frank J. Gremillion