UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                                            **CIVIL ACTION**

**VERSUS**                                                        **NO. 13-579-BAJ-RLB**

**THE CITY OF BATON ROUGE, ET AL**

### ORDER

A settlement conference was held on January 13, 2016. After a period of negotiations, the parties were unable to reach a resolution at this time; however, the negotiations will continue as discussed at the conclusion of the conference.

A follow-up settlement conference is set for **Tuesday, January 26, 2016 at 1:30pm**. The parties are to exchange offers / counteroffers in advance of that conference. Should the parties be unable to reach an agreement to settle this matter, plaintiff's counsel shall provide those offers / counteroffers to the undersigned no later than **Friday, January 22, 2016**.

Signed in Baton Rouge, Louisiana, on January 14, 2016.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

Cv33a: T: 03:30