UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-579-BAJ-RLB** |
| **THE CITY OF BATON ROUGE, ET AL** | |

### ORDER

A telephone settlement conference was held on January 25, 2016.

PRESENT:   **Terrence J. Donahue, Jr.**
Counsel for plaintiff

**Frank J. Gremillion**
Counsel for defendants,
Mary Roper, Lisa Freeman,
And Lea Anne Batson

**Gwendolyn K. Brown**
Counsel for defendants,
Carl Dabadie, Jr., Donald Dewayne White,
Patrick Wenneman and James Thomas

The parties discussed the status of settlement negotiations in anticipation of the settlement conference set for tomorrow. Based on the request of the parties, the Court agreed to re-schedule the conference so that additional preparation can be conducted among the parties. Accordingly, the settlement conference currently set for Tuesday, January 26, 2016 at 1:30 p.m. is hereby **rescheduled for Wednesday, February 10, 2016 at 1:30 p.m.**

The parties are directed to confer as discussed and exchange offer(s) and counteroffer(s) in advance of the conference. Counsel for plaintiff is directed to provide a copy of the latest offer and counteroffer to the undersigned, via facsimile, on or before close of business on February 9, 2016.

C: cv38a: T: 00:30

Counsel for defendant also explained that the Status of Settlement Negotiations (R. Doc. 114), filed on January 22, 2016, was intended for the undersigned in connection with these negotiations. The parties are advised that documents pertaining to settlement conferences with the undersigned are to be submitted directly to the Court and are not for public filing. Defense counsel requested that R. Doc. 114 be stricken. Counsel for the plaintiff had no objection. Based on the representations of the parties, **the Clerk of Court is directed to STRIKE record document 114 as it was filed in error.**

Signed in Baton Rouge, Louisiana, on January 25, 2016.

_____
 **RICHARD L. BOURGEOIS, JR.
 UNITED STATES MAGISTRATE JUDGE**

C: cv38a: T: 00:30