UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                          **CIVIL ACTION**

**VERSUS**                                 **NO. 13-579-BAJ-RLB**

**THE CITY OF BATON ROUGE, ET AL**

### ORDER

A settlement conference was held on February 10, 2016.

PRESENT:    **Ernest Taylor**            **Terrence J. Donahue, Jr.**
                   Plaintiff                   Counsel for Plaintiff

                   **Frank J. Gremillion**
                   Counsel for Defendants,
                   Mary Roper, Lisa Freeman,
                   And Lea Anne Batson

                   **Gwendolyn K. Brown**
                   Counsel for Defendants,
                   Carl Dabadie, Jr., Donald Dewayne White,
                   Patrick Wenneman and James Thomas

After a period of negotiations, the parties were able to agree upon *proposed* terms to settle all outstanding matters in the instant case. Any settlement, however, must go through the applicable approval process by the City of Baton Rouge. The terms discussed at the conference are acceptable to Plaintiff and Plaintiff's counsel and those terms will be recommended for acceptance by Counsel for Defendants. The parties will update the undersigned, as appropriate, regarding the status of obtaining approval for settlement.

Signed in Baton Rouge, Louisiana, on February 11, 2016.

                                                       **RICHARD L. BOURGEOIS, JR.**
                                                       **UNITED STATES MAGISTRATE JUDGE**

Cv33a: T: 03:00