IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 13-579-BAJ-RLB |
| | § | |
| Defendants. | § | |

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff hereby moves this Court for an Order dismissing the above-captioned suit for the reasons set forth in the attached Memorandum in Support.

As set forth in Plaintiff's Memorandum in Support, it is requested that the Order dismissing this case provide that the dismissal is without prejudice to Plaintiff re-instituting the action if the terms of the settlement agreement reached between the parties have not been fulfilled within thirty (30) days from the date the Order is issued.

Respectfully Submitted,

s/ Terrence J. Donahue, Jr._____
**DONAHUE LAW FIRM**
Terrence J. Donahue, Jr.
P.O. Box 41017
Baton Rouge, Louisiana 70835
(225) 939-9104
Bar Roll No.: 32126

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion for Voluntary Dismissal was filed electronically on April 29, 2015, using the Court's CM/ECF system, which generated a Notice of Electronic Filing to all counsel of record, satisfying the service requirements of Fed. R. Civ. P. 5.

                                       s/ Terrence J. Donahue, Jr.
                                       Terrence J. Donahue, Jr.