IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 13-579-BAJ-RLB |
| | § | |
| Defendants. | § | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

**I.   INTRODUCTION**

Plaintiff, Ernest Taylor, moves this Court pursuant to Fed. R. Civ. P. 41(a)(2) for an Order dismissing this action as a result of the parties' reaching an agreement regarding settlement. Plaintiff respectfully requests that the dismissal of his suit be without prejudice to his re-filing this action if the terms of the settlement agreement have not been fulfilled within thirty (30) days of the date on which the Court issues its Order.

**II.   BACKGROUND**

On October 21, 2015, this Court ordered the parties to participate in a settlement conference with Magistrate Judge Bourgeois. [Doc. 106]. Negotiations during the settlement conference were successful, and the parties entered into a tentative agreement to settle the matter, conditioned upon approval of the settlement by the Baton Rouge Metropolitan Council. *See* [Doc. 116]. On April 13, 2016, the Baton Rouge Metropolitan Council approved the settlement proposed by the parties.[1]

---

[1] An archived video of the April 13, 2016 Baton Rouge Metropolitan Council Meeting where the parties' settlement agreement was approved is available at: https://brgov.com/metro21/stream.asp

1

Despite approval of the settlement agreement by the Baton Rouge Metropolitan Council, Defendants have not yet fulfilled their obligations under the terms of the agreement.

## III. LAW AND ARGUMENT

Fed. R. Civ. P. 41(a)(2) provides:

Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper… Unless the order states otherwise, a dismissal under this paragraph is without prejudice.

In the present case, the parties have reached agreement regarding the terms of a settlement which, if fulfilled, will terminate those claims remaining for resolution in the present case.[2] While the parties are in agreement regarding settlement, Defendants have not yet fulfilled their obligations under the agreement's terms.[3]

As Plaintiff anticipates that the terms of the Parties' settlement agreement will be fulfilled in the near future, and no further action will be required of the Court, Plaintiff desires that his suit be dismissed.  Still, in order that Plaintiff's interests may be protected in the event of Defendants' failure to fulfill their obligations under the Parties' agreement, Plaintiff respectfully requests that the dismissal be made without prejudice to Plaintiff's re-instituting this action if Defendants have failed to fulfill their obligations under the settlement agreement within thirty (30) days of the issuance of the Order dismissing Plaintiff's suit.

## IV. CONCLUSION

For those reasons appearing above, Plaintiff respectfully requests that his suit be dismissed

---

[2] Nothing in this Plaintiff's Motion for Voluntary Dismissal is intended to prejudice any claim at issue in *Taylor v. City of Baton Rouge,* Case No. 15-153-BAJ-RLB (M.D. La.) ("*Taylor II*").

[3] Counsel for Defendants has represented to the undersigned that the terms of the agreement should be fulfilled within the next week.

2

without prejudice to his re-filing the action in the event the terms of the Parties' settlement agreement remain unfulfilled.

                                                Respectfully Submitted,

                                                s/ Terrence J. Donahue, Jr._____
                                                **DONAHUE LAW FIRM**
                                                Terrence J. Donahue, Jr.
                                                P.O. Box 41017
                                                Baton Rouge, Louisiana 70835
                                                (225) 939-9104
                                                Bar Roll No.: 32126

                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal was filed electronically on April 29, 2015, using the Court's CM/ECF system, which generated a Notice of Electronic Filing to all counsel of record, satisfying the service requirements of Fed. R. Civ. P. 5.

                                                s/ Terrence J. Donahue, Jr.
                                                Terrence J. Donahue, Jr.