**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 13-579-BAJ-RLB |
| | § | |
| Defendants. | § | |

## ORDER

Considering the foregoing Motion for Voluntary Dismissal,

**IT IS ORDERED** that this suit be DISMISSED without prejudice to Plaintiff's re-institution of this action within thirty (30) days in the event the settlement agreement between the parties has not been fully confected, and with each party to bear its own costs.

Baton Rouge, Louisiana, this _____ day of _____, 2016,

_____
US DISTRICT COURT JUDGE