UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST TAYLOR** | **CIVIL ACTION NO:** |
| **VERSUS** | |
| **THE CITY OF BATON ROUGE, ET AL** | **3:13-cv-00579-BAJ-RLB** |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Ernest Taylor, and defendants, The City of Baton Rouge/Parish of East Baton Rouge; Chief of Police Carl Dabadie, Jr.; East Baton Rouge Parish Attorney, Mary Roper; Baton Rouge City Prosecutor, Lisa Freeman; Baton Rouge Police Officer Patrick Wennemann; Baton Rouge Police Officer James Thomas; and Baton Rouge Police Officer referred to as "Jane Doe", in the above entitled and numbered cause, through undersigned counsel, and on suggesting to the Court that all claims remaining for resolution in the above-captioned lawsuit (specifically, plaintiff's claims arising under the Second Amendment to the U.S. Constitution) have been compromised and settled with The City of Baton Rouge/Parish of East Baton Rouge; Chief of Police Carl Dabadie, Jr.; East Baton Rouge Parish Attorney, Mary Roper; Baton Rouge City Prosecutor, Lisa Freeman; Baton Rouge Police Officer Patrick Wennemann; Baton Rouge Police Officer James Thomas; and Baton Rouge Police Officer referred to as "Jane Doe", with respect, stipulate that this suit against The City of Baton Rouge/Parish of East Baton Rouge; Chief of Police Carl Dabadie, Jr.; East Baton Rouge Parish Attorney, Mary Roper; Baton Rouge City Prosecutor, Lisa Freeman; Baton Rouge Police Officer Patrick Wennemann; Baton Rouge Police Officer James Thomas; and Baton Rouge Police Officer referred to as "Jane Doe", shall be dismissed with prejudice.

**Respectfully Submitted:**

**/s/Terrence J. Donahue, Jr.**
**Terrence J. Donahue, Jr. (#32126)**
**Attorney at Law**
**DONAHUE LAW FIRM**
**P.O. Box 41017**
**Baton Rouge, LA     70835**
**Telephone:     (225) 939-9104**
**Facsimile:      (225) 612-6430**

*Counsel for Plaintiff, Ernest Taylor*

**/s/Gwendolyn K. Brown**
**Gwendolyn K. Brown (#19891)**
**Senior Special Assistant Parish Attorney**
**222 St. Louis Street (70802)**
**P.O. Box 1471**
**Baton Rouge, LA     70821**
**Telephone:     (225) 389-3114**
**Facsimile:      (225) 389-8736**

*Counsel for The City of Baton Rouge/Parish of East Baton Rouge; Chief of Police Carl Dabadie, Jr.; East Baton Rouge Parish Attorney, Mary Roper; Baton Rouge City Prosecutor, Lisa Freeman; Baton Rouge Police Officer Patrick Wennemann; Baton Rouge Police Officer James Thomas; and Baton Rouge Police Officer referred to as "Jane Doe"*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ERNEST TAYLOR**                                     **CIVIL ACTION NO.:**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**          **3:13-cv-00579-BAJ-RLB**

**ORDER OF DISMISSAL**

Considering the foregoing Joint Stipulation of Dismissal;

**IT IS ORDERED** that the Joint Stipulation of Dismissal is hereby **GRANTED** and this matter is hereby **DISMISSED** with prejudice with defendants to bear all costs.

Baton Rouge, Louisiana, this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                              **CIVIL ACTION NO.:**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**             **3:13-cv-00579-BAJ-RLB**

### JUDGMENT OF DISMISSAL

Considering the foregoing Joint Stipulation of Dismissal filed in the above entitled and numbered cause:

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff, Ernest Taylor's, suit against City of Baton Rouge/Parish of East Baton Rouge; Chief of Police Carl Dabadie, Jr.; East Baton Rouge Parish Attorney, Mary Roper; Baton Rouge City Prosecutor, Lisa Freeman; Baton Rouge Police Officer Patrick Wennemann; Baton Rouge Police Officer James Thomas; and Baton Rouge Police Officer referred to as "Jane Doe", is hereby **DISMISSED**, with prejudice, with defendants to bear all costs.

Signed in Baton Rouge, Louisiana this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA**