UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                                        CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE, ET AL.                        NO.: 13-00579-BAJ-RLB

ORDER

Considering the **Joint Stipulation of Dismissal (Doc. 118)**:

**IT IS ORDERED** the above-captioned matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion for Voluntary Dismissal (Doc. 117)** and **Plaintiff's Motion to Submit Information Regarding Damages (Doc. 102)** are **DENIED** as moot.

Baton Rouge, Louisiana, this 6th day of May, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA